FILED

07/27/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0622

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0622

_____

IN THE MATTER OF:

S.M.,                                                          O R D E R

       A Youth in Need of Care.

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Robert J. Whelan, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 27 2022